1  Presented By:
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN, LLP
   V. James DeSimone, SBN 119668
3  vjdesimone@gmail.com
   Michael D. Seplow, SBN 150183
4  mseplow@gmail.com
   723 Ocean Front Walk Venice, CA 90291
5  Tel: 310.396.0731 Fax: 310.399.7040

6  Christopher M. Moody
   MOODY & WARNER, P.C.
7  100 Wilshire Blvd., Suite 1800 Santa Monica, CA 90401
   Tel: 310.451.4020 Fax: 310.954.9215
8  Email: moody@nmlaborlaw.com

9  Attorneys for Plaintiff KEVIN FOSSUM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN FOSSUM, on behalf of himself, all others similarly situated and the general public,<br><br>             Plaintiff,<br>      vs.<br><br>NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, and DOES 1 through 10;<br>             Defendants. | Case No: CV 10-2657-SI<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON DEFENDANT'S MOTION TO TRANSFER FROM SEPTEMBER 3, 2010 TO SEPTEMBER 10, 2010 AT 9:00 A.M.** |

The Court, having reviewed the Stipulation to Continue the Hearing on Defendant's Motion to Transfer, and finding good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

---

1

[Proposed] Order to Granting Continuance of Defendant's Motion to Transfer to September 10, 2010 at 9:00 a.m.
CV 10-2657 -SI

1 | The hearing on Defendant's Motion to Transfer is continued from September 3, 2010 until
2 | September 10, 2010 at 9:00 a.m.
3 |
4 |     IT IS SO ORDERED.
5 |
6 | DATED: _____          _____
7 |                                            Hon. Susan Illston
                                           United States District Judge